November 13, 1907.) Action by Albert M. Kingsley, as administrator, etc., of Howard M. Kingsley, deceased, against Finch, Pruyn & Co., incorporated.

PER CURIAM. Judgment and order reversed, on the ground that there is no evidence of defendant's negligence, and new trial granted, with costs to appellant to abide event. See 54 Misc. Rep. 317, 105 N. Y. Supp. 968.

CHESTER and KELLOGG, JJ., concur in the reversal on the ground that the verdict is against the weight of evidence.

KIRKLAND, Respondent, v. HUGHES et al., Appellants. HUGHES et al., Appellants, v. KIRKLAND, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Actions by James Kirkland against James Hughes and another and, by James Hughes and another against James Kirkland. No opinions. Orders reversed, without costs to either party.

KISTER, Appellant, v. POLLAK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Celia Kister against Samuel B. Pollak and another. No opinion. Motion denied, with costs.

KLIGER, Respondent, v. ROSENFELD et al., Appellants. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Max Kliger against Samuel Rosenfeld and another. E. W. S. Johnston, for appellants. L. H. Levin, for respondent. No opinion. Order modified, by requiring plaintiff to increase bond from $250 to $750, and, as modified, affirmed without costs. Settle order on notice.

KNAPP, Appellant, v. RIPSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Luther M. Knapp against Amoretta A. Ripson, individually, etc. No opinion. Judgment affirmed, with costs.

KNICKERBOCKER TRUST CO., Appellant, v. ISELIN, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by the Knickerbocker Trust Company against Adrian Iselin, Jr. J. T. Davies, for appellant. E. T. Rice, for respondent. No opinion. Judgment (53 Misc. Rep. 80, 103 N. Y. Supp. 1108) affirmed, with costs. Order filed.

KOESTER, Respondent, v. ROCHESTER CANDY WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Charles W. Koester against the Rochester Candy Works.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents. ROBSON, J., not sitting.

KOHN, Appellant, v. MEYER, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Eva Kohn against David Meyer. No opinion. Judgment of the Municipal Court affirmed, with costs.

KONRAD, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Joseph Konrad, as administrator, against the New York City Railway Company. B. H. Ames, for appellant. Roger Foster, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict, with interest and costs, etc., to $5,000, in which event judgment, as so modified, and order, affirmed, without costs to either party. Settle order on notice.

KRAHAM, Appellant, v. JENNINGS et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Malachi Kraham against Herbert T. Jennings and another. No opinion. Judgment unanimously affirmed, with costs.

KRUG, Respondent, v. BOUTON MOTOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Frank P. Krug against the Bouton Motor Company.

PER CURIAM. It was error to submit to the jury evidence of damage to the realty owned by plaintiff's wife. Judgment reversed, and new trial granted; costs to abide the event.

KUYAN, Appellant, v. ROCKLAND LAKE TRAP ROCK CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Clara Kuyan, as administratrix, etc., of Philip Kuyan, deceased, against the Rockland Lake Trap Rock Company. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

LA MARCHE, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Flora La Marche, as administratrix, etc., against the International Paper Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents, upon the ground that there was question of fact for the jury.

LANE, Appellant, v. STONEHAM, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Willis A. Lane against Charles F. Stoneham. L. J. Morrison, for appellant. C. P. Caldwell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LARSEN, Respondent, v. UNITED STATES MORTGAGE & TRUST CO., Appellant. (Supreme Court, Appellate Division, Second De-